Tammy Hussin (Bar No. 155290)
HUSSIN LAW
1596 N. Coast Highway 101
Encinitas, CA 92024
Tel: (877) 677-5397
Fax: (877) 667-1547
Tammy@HussinLaw.com

Attorney for Plaintiff, THOMAS STARNER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| THOMAS STARNER<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MIDLAND FUNDING, LLC, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case: 5:14-cv-00161-GW-CW<br><br>**NOTICE OF SETTLEMENT** |
|---|---|

　　Plaintiff Thomas Starner hereby informs this Court that this matter has settled, and anticipates finalizing the settlement agreement within 45 days.

　　In light of the settlement, the parties respectfully request that the Court remove from calendar all future hearing dates in this case.

DATED:  March 26, 2018                                HUSSIN LAW

　　　　　　　　　　　　　　　　　　　By: */s/Tammy Hussin*
　　　　　　　　　　　　　　　　　　　　Tammy Hussin, Esq.
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff, Thomas Starner